No. —. FRAZIER v. UNITED STATES. C. A. 4th Cir. Application for bail presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.

No. —. BLOSS v. MICHIGAN. Sup. Ct. Mich. Application for stay and bail presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. *Stanley Fleishman* and *Sam Rosenwein* for applicant.

No. 40. JOHNSON v. AVERY, CORRECTION COMMISSIONER, ET AL. [Certiorari granted, 390 U. S. 943.] Motions of Harry D. Smith and Calvin C. Shobe for leave to file briefs, as *amici curiae,* denied.

No. 366. UNITED STATES v. COVINGTON. [Probable jurisdiction noted, *ante,* p. 910.] Motion of appellee for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted. It is ordered that *William J. Davis, Esquire,* of Columbus, Ohio, be, and he is hereby, appointed to serve as counsel for appellee in this case.

No. 413. NORTH CAROLINA ET AL. v. PEARCE. [Certiorari granted, *ante,* p. 922.] Motion of respondent for appointment of counsel granted. It is ordered that *Larry B. Sitton, Esquire,* of Greensboro, North Carolina, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 65. LEARY v. UNITED STATES. [Certiorari granted, 392 U. S. 903.] Motion of National Student Assn. for leave to file a brief, as *amicus curiae,* granted. *Joseph S. Oteri* on the motion.

No. 794, Misc. ALEXANDER v. KAESS, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* for respondent in opposition.